UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Edward David Stahlmann, | File No. 22-cv-3058 (ECT/DTS) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Minnesota Department of Corrections; Centurion of Minnesota; Paul Schnell, Ann Blanchard, Michelle Paulson, and Tracy Beltz, *each in their individual and official capacities*, | |
| Defendants. | |

---

Magistrate Judge David T. Schultz issued a Report and Recommendation on August 4, 2023. ECF No. 54. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 54] is **ACCEPTED**;

2. Defendants' Motion to Dismiss [ECF No. 30] is **GRANTED** as follows:

    a. Plaintiff's federal claims against Defendants Minnesota Department of Corrections, Paul Schnell, and Tracy Beltz are dismissed in their entirety with prejudice on the merits; except that the claims against

        Defendants Schnell and Beltz in their individual capacities are dismissed without prejudice;

b.   Plaintiff's Fourteenth Amendment claim against Defendant Centurion of Minnesota is dismissed with prejudice and his Eighth Amendment claim is dismissed without prejudice;

c.   Plaintiff's Official Capacity claims against Defendants Ann Blanchard and Michelle Paulson are dismissed in their entirety and with prejudice on the merits;

d.   Plaintiff's Fourteenth Amendment claims against Defendants Ann Blanchard and Michelle Paulson are dismissed in their entirety and with prejudice on the merits;

e.   Plaintiff's claim for Injunctive Relief against Defendant Paul Schnell is dismissed in its entirety and with prejudice on the merits;

f.   Plaintiff's claims against all Defendants arising under Article I, Sections 5 and 7 of the Minnesota Constitution are dismissed in their entirety and with prejudice on the merits;

g.   Plaintiff's claims against Defendant Paul Schnell arising under Minnesota Statute Chapter 241 are dismissed in their entirety and with prejudice on the merits;

h.   Plaintiff's claims against Defendants Minnesota Department of Corrections, Paul Schnell, Tracy Beltz, Ann Blanchard and Michelle

Paulson arising under Minnesota rule 2911.5800, subps. 4 and 8 are dismissed in their entirety and with prejudice on the merits; and

3. Defendants' Motion to Dismiss [ECF No. 30] is **DENIED** in all other respects.

Dated:  September 5, 2023          s/ Eric C. Tostrud
                                    Eric C. Tostrud
                                    United States District Court