# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

EDWARD DAVID STAHLMANN,   Case No. 22-cv-3058 (LMP/DTS)

Plaintiff,

v.

MINNESOTA DEPARTMENT OF
CORRECTIONS et al.,

Defendants.

**ORDER ADOPTING
REPORT AND RECOMMENDATION**

---

Before the Court is the January 28, 2025 Report and Recommendation ("R&R") of United States Magistrate Judge David T. Schultz, which recommends granting Defendants' Motion for Summary Judgment (ECF No. 115), dismissing Plaintiff Edward David Stahlmann's Eighth Amendment claim with prejudice, and declining to exercise supplemental jurisdiction over Stahlmann's negligence claim. ECF No. 158 at 30.

No objections have been filed to the R&R in the time period permitted, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). This Court has reviewed the thorough and well-reasoned R&R. Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The R&R (ECF No. 158) is **ADOPTED**;

2. Defendants' Motion for Summary Judgment (ECF No. 115) is **GRANTED** as follows:

      a. Stahlmann's Eighth Amendment claim is **DISMISSED WITH PREJUDICE**;

      b. Stahlmann's negligence claim is **DISMISSED WITHOUT PREJUDICE.**

3. Stahlmann's 42 U.S.C. § 1983 action (ECF No. 87) is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: March 26, 2025

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge